UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.à.r.l.), Demeter Partners S.A., and Demeter 2 FPCI, <br><br>                      Plaintiffs, <br><br>                v. <br><br>The Kingdom of Spain, <br><br>                      Defendant. | Hon. Emmet G. Sullivan <br>Civil Action No. 1:20-cv-01708-EGS <br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF
IN RESPONSE TO THE EUROPEAN COMMISSION'S *AMICUS CURIAE* BRIEF**

Plaintiffs Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.à.r.l.), Demeter Partners S.A., and Demeter 2 ("**Plaintiffs**"), respectfully move pursuant to LCvR 7(o)(2) for leave to submit a supplemental brief of no more than 25 pages in response to the amicus brief filed by the European Commission ("**EC**") in support of Defendant The Kingdom of Spain's ("**Spain**") Motion to Dismiss the Complaint or Stay the Proceeding. Dkt. No. 20. Plaintiffs propose to file their response on or before Monday, February 15, 2021.

The EC's amicus brief introduces new arguments upon which Spain did not rely in its Motion to Dismiss and which Petitioners have not yet had the opportunity to address. In similarly-situated award enforcement cases in which the EC has submitted an amicus brief in support of Spain, courts have consistently permitted a response by the award creditor. *See*, e.g., October 21, 2019 Order, *Novenergia II – Energy & Environment (SCA) v. Kingdom of Spain*, No. 1:18-cv-01148 (TSC) (granting Petitioner's request to respond to the EC's Amicus); April 1, 2019 Order,

*Eiser Infrastructure Ltd. & Energia Solar Luxembourg S.A.R.L., v. Kingdom of Spain*, No. 1:18-cv-01686 (CKK) (D.D.C.) (same); May 8, 2019 Order, *Foresight Luxembourg Solar S.A.R.L. et al, v. Kingdom of Spain*, No. 1:19-cv-03171 (ER) (S.D.N.Y.) (same).  Plaintiffs respectfully request the same opportunity in this case.

For the foregoing reasons, Plaintiffs respectfully ask this Court to grant them leave to file a supplemental brief of no more than 25 pages in response to the EC's amicus brief by Monday, February 15, 2021.  Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs has conferred with counsel for Spain.  Spain does not oppose Plaintiffs' request.  Plaintiffs also solicited the EC's view with respect to this motion; the EC takes no position with respect to this request.

Dated: February 9, 2021
       New York, New York

                                        Respectfully submitted,

                                         /s/ James E. Berger
                                        James E. Berger (D.C. Bar 481408)
                                        Charlene C. Sun (D.C. Bar 1027854)
                                        Erin Collins (NY0359)

                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas
                                        New York, NY 10036-4003
                                        Tel: (212) 556-2100
                                        Fax: (212) 556-2222
                                        jberger@kslaw.com
                                        csun@kslaw.com
                                        ecollins@kslaw.com

                                        *Attorneys for Plaintiffs*