UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.à.r.l.), Demeter Partners S.A., and Demeter 2 FPCI,<br><br>                                Plaintiffs,<br><br>v.<br><br>The Kingdom of Spain,<br><br>                                Defendant. | Hon. Emmet G. Sullivan<br>Civil Action No. 1:20-cv-01708-EGS |

**JOINT STATUS REPORT**

Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.à.r.l.), Demeter Partners S.A., and Demeter 2 FPCI ("**Plaintiffs**") and the Kingdom of Spain ("**Spain**") make this submission pursuant to the Court's Order of June 4, 2021.

**Status of ICSID Proceeding**

1. On August 16, 2021, Plaintiffs submitted a letter to the Committee requesting that the evidentiary record be reopened and that the decision of the annulment committee in *Infrastructure Services Luxembourg S.á.r.l. et al. v. Kingdom of Spain* (ICSID Case No. ARB/13/31) be added as new evidence.

2. On August 23, 2021, Spain responded and objected to Plaintiffs' request. In the alternative, if the record were to be reopened, Spain requested that the European Commission's Decision on State Aid rendered (State Aid SA.54155 (2021/NN)) also be added to the record.

3. The parties are currently awaiting the Committee's decision on that issue, as well as its decision on the merits of Spain's application for annulment.

**Parties' Recommendation Concerning Furtherance of This Proceeding**

4. The parties recommend the filing of another joint status report on October 4, 2021.

Dated: September 3, 2021

        */s/ James E. Berger*
James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar No. 1027854)
Erin Collins

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
jberger@kslaw.com
csun@kslaw.com
ecollins@kslaw.com

*Counsel for Plaintiffs*

        */s/ Anna C. Reyes*
Anna C. Reyes (D.C. Bar No. 477354)
Jonathan M. Landy (D.C. Bar No. 467847)
Benjamin W. Graham (D.C. Bar No. 1044724)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
areyes@wc.com
jlandy@wc.com
bgraham@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, D.C. 20035
crusznak@sovereignarbitration.us

*Counsel for the Kingdom of Spain*