UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.à.r.l.), Demeter Partners S.A., and Demeter 2 FPCI,<br><br>                              Plaintiffs,<br><br>                v.<br><br>The Kingdom of Spain,<br><br>                              Defendant. | Hon. Emmet G. Sullivan<br>Civil Action No. 1:20-cv-01708-EGS |

**JOINT STATUS REPORT OF OCTOBER 5, 2021**

Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.à.r.l.), Demeter Partners S.A., and Demeter 2 FPCI ("**Plaintiffs**") and the Kingdom of Spain ("**Spain**") make this submission pursuant to the Court's Order of June 4, 2021 directing the parties to "file another joint status report informing the Court of the status of the annulment proceedings and proposing a recommendation for further proceedings by no later than October 4, 2021." Minute Order of September 3, 2021.

### Status of ICSID Proceeding

1. On August 31, 2021, the Annulment Committee in *Cube Infrastructure Fund SICAV and others v. Kingdom of Spain*, ICSID Case No. ARB/15/20, rejected Plaintiffs' request to add the annulment committee decision issued in ICSID Case No. ARB/13/31, *Infrastructure Services Luxembourg S.á.r.l. and Energia Termosolar B.V. (formerly Antin Infrastructure Services Luxembourg S.á.r.l. and Antin Energia Termosolar B.V.) v. Kingdom of Spain* and therefore deemed Spain's request to introduce State Aid S.A.54155 (2021/NN) moot.

2.     On September 9, 2021, Spain requested the Annulment Committee's permission to submit the Court of Justice of the European Union's decision in *Case C-741/19, Republic of Moldova v. Komstroy*.

3.     On September 20, 2021, the Annulment Committee rejected Spain's request.

4.     The parties continue to await the Annulment Committee's Decision on the merits of Spain's application for annulment.

**Parties' Positions Concerning Furtherance of This Proceeding**

5.     The parties recommend the filing of another joint status report on November 4, 2021.

Dated: October 5, 2021
       New York, New York

                                        */s/ James E. Berger*
                                        James E. Berger (D.C. Bar 481408)
                                        Charlene C. Sun (D.C. Bar 1027854)
                                        Erin Collins (NY0359)

                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas
                                        New York, New York 10036
                                        Tel: (212) 556-2100
                                        Fax: (212) 556-2222
                                        jberger@kslaw.com
                                        csun@kslaw.com
                                        ecollins@kslaw.com

                                        *Counsel for Plaintiffs*


                                        */s/ Anna C. Reyes*
                                        Anna C. Reyes (D.C. Bar No. 477354)
                                        Jonathan M. Landy (D.C. Bar No. 467847)
                                        Benjamin W. Graham (D.C. Bar No. 1044724)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
areyes@wc.com
jlandy@wc.com
bgraham@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, D.C. 20035
crusznak@sovereignarbitration.us

*Counsel for the Kingdom of Spain*