UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.à.r.l.), Demeter Partners S.A., and Demeter 2 FPCI,<br><br>       Plaintiffs,<br><br>    v.<br><br>The Kingdom of Spain,<br><br>       Defendant. | Civil Action No. 1:20-cv-01708-EGS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Erin Collins of the law firm King & Spalding LLP, hereby appears in this action as counsel for Plaintiffs and requests that all parties serve on her copies of all papers filed in this action.

I certify that I am admitted to practice in this Court and that I am a registered electronic case filing user.

Dated: October 19, 2021
   New York, New York

              Respectfully submitted,

               /s/  Erin Collins
              Erin Collins (Bar ID: NY0359)

              KING & SPALDING LLP
              1185 Avenue of the Americas
              New York, NY 100365-4003
              Tel: (212) 556-2100
              Fax: (212) 556-2222
              ecollins@kslaw.com

              *Attorneys for Plaintiffs*