UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.à.r.l.), Demeter Partners S.A., and Demeter 2 FPCI,<br><br>                                Plaintiffs,<br><br>                 v.<br><br>The Kingdom of Spain,<br><br>                                Defendant. | Hon. Emmet G. Sullivan<br>Civil Action No. 1:20-cv-01708-EGS |

**JOINT STATUS REPORT OF NOVEMBER 4, 2021**

      Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.à.r.l.), Demeter Partners S.A., and Demeter 2 FPCI ("**Plaintiffs**") and the Kingdom of Spain ("**Spain**") make this submission pursuant to the Court's Order of June 4, 2021 directing the parties to "file another joint status report informing the Court of the status of the annulment proceedings and proposing a recommendation for further proceedings," Minute Order of September 3, 2021, and the Parties' Joint Status Report dated October 5, 2021.

### Status of ICSID Proceeding

1.      Since the Parties' October 5, 2021 Joint Status Report, no developments have occurred in the Annulment Proceedings, which remain pending before the ICSID Committee.

### Parties' Positions Concerning Furtherance of This Proceeding

2.      The Parties recommend the filing of another joint status report on December 6, 2021.

Dated: November 4, 2021
       New York, New York

                                               */s/ Erin Collins*
                                  Erin Collins (NY0359)

                                  KING & SPALDING LLP
                                  1185 Avenue of the Americas
                                  New York, New York 10036
                                  Tel: (212) 556-2100
                                  Fax: (212) 556-2222
                                  ecollins@kslaw.com

                                  *Counsel for Plaintiffs*


                                               */s/ Ana C. Reyes*
                                  Ana C. Reyes (D.C. Bar No. 477354)
                                  Jonathan M. Landy (D.C. Bar No. 467847)
                                  Benjamin W. Graham (D.C. Bar No. 1044724)
                                  WILLIAMS & CONNOLLY LLP
                                  725 Twelfth Street, N.W.
                                  Washington, D.C. 20005
                                  Tel: (202) 434-5000
                                  Fax: (202) 434-5029
                                  areyes@wc.com
                                  jlandy@wc.com
                                  bgraham@wc.com

                                  Csaba M. Rusznak (D.C. Bar No. 1030310)
                                  SOVEREIGN ARBITRATION ADVISORS LLC
                                  1050 Connecticut Avenue, N.W., Ste. 66255
                                  Washington, D.C. 20035
                                  crusznak@sovereignarbitration.us

                                  *Counsel for the Kingdom of Spain*