IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUBE INFRASTRUCTURE FUND SICAV, CUBE INFRASTRUCTURE MANAGERS S.A., CUBE ENERGY S.C.A. (NOW CUBE ENERGY S.À.R.L.), DEMETER PARTNERS S.A., and DEMETER 2 FPCI,<br><br>Petitioners,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>Respondent. | Civil Action No. 1:20-cv-01708-EGS<br><br>**Hon. Emmet G. Sullivan** |

### KINGDOM OF SPAIN'S RESPONSE TO MINUTE ORDER

On May 17, 2021, the Court stayed this case pending resolution of the proceedings before the ICSID annulment committee. *See* ECF No. 24. As indicated in Petitioners' status report of March 29, 2022, the ICSID proceedings have concluded. *See* ECF No. 33. Spain agrees that the stay should therefore be lifted.

The Parties are conferring on a briefing schedule to address Spain's motion to dismiss, which they intend to propose to the Court shortly.

Dated: April 8, 2022

Respectfully submitted,

*/s/ Benjamin W. Graham*
Ana C. Reyes (D.C. Bar 477354)
Jonathan M. Landy (D.C. Bar 467847)
Benjamin W. Graham (D.C. Bar 1044724)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel.:   (202) 434-5000
Fax:   (202) 434-5029
Email:  bgraham@wc.com

Csaba M. Rusznak (D.C. Bar No. 1030310)
SOVEREIGN ARBITRATION ADVISORS LLC
1050 Connecticut Avenue, N.W., Ste. 66255
Washington, DC  20035
crusznak@sovereignarbitration.us

*Counsel for the Kingdom of Spain*