AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| CUBE INFRASTRUCTURE FUND SICAV et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01708-EGS |
| KINGDOM OF SPAIN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs  .

Date:   04/18/2022

/s/ James E. Berger
*Attorney's signature*

James E. Berger
*Printed name and bar number*
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020

*Address*

james.berger@dlapiper.com
*E-mail address*

212 335 4715
*Telephone number*

212 884 8715
*FAX number*