AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CUBE INFRASTRUCTURE FUND SICAV et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01708-EGS |
| KINGDOM OF SPAIN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 04/18/2022

/s/ Erin Collins
*Attorney's signature*

Erin Collins
*Printed name and bar number*
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020

*Address*

erin.collins@dlapiper.com
*E-mail address*

1 212 335 4623
*Telephone number*

1 212 884 8523
*FAX number*

Print    Save As...    Reset