UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CUBE INFRASTRUCTURE FUND SICAV, CUBE INFRASTRUCTURE MANAGERS S.A., CUBE ENERGY S.C.A. (NOW CUBE ENERGY S.À.R.L.), DEMETER PARTNERS S.A., and DEMETER 2 FPCI,<br><br>Plaintiffs,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>Defendant. | Civil Action No. 1:20-cv-01708-EGS<br><br>**Hon. Emmet G. Sullivan** |

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFFS DEMETER PARTNERS, S.A. AND DEMETER 2 FPCI

To:   The Clerk of Court and all parties of record

Please take notice that James E. Berger of DLA Piper LLP (US) hereby appears as counsel for Plaintiffs DEMETER PARTNERS, S.A. and DEMETER 2 FPCI.

Dated:  July 6, 2022                                  Respectfully submitted,

  /s/ James E. Berger
James E. Berger (D.C. Bar No: 481408)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4500
Fax: (212) 335-4001
James.Berger@us.dlapiper.com

*Attorneys for Plaintiffs Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.C.A. (now Cube Energy S.À.R.L.), Demeter Partners S.A. and Demeter 2 FPCI*