UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CUBE INFRASTRUCTURE FUND SICAV, CUBE INFRASTRUCTURE MANAGERS S.A., CUBE ENERGY S.C.A (NOW CUBE ENERGY S.À.R.L.), DEMETER PARTNERS S.A., AND DEMETER 2 FPCI.<br><br>Plaintiffs,<br><br>v.<br><br>THE KINGDOM OF SPAIN<br><br>Defendant. | Civil Action No. 1:20-cv-01708-EGS |

### NOTICE OF WITHDRAWAL OF THOMAS C.C. CHILDS AS COUNSEL FOR PLAINTIFFS DEMETER PARTNERS S.A. AND DEMETER 2 FPCI

PLEASE TAKE NOTICE THAT Thomas C.C. Childs has withdrawn as attorney for Plaintiffs Demeter Partners S.A. and Demeter 2 FPCI in the above-captioned matter.

Dated: New York, NY
July 7, 2022

Respectfully submitted,

/s/ Thomas C.C. Childs

Thomas C.C. Childs (D.D.C. Bar No. NY0449)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2202
Fax: (212) 556-2222
tchilds@kslaw.com